# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ERVIN MIDDLETON,<br>    Plaintiff(s),<br>vs.<br>ENHANCED RECOVERY COMPANY, LLC,<br>    Defendant(s). | Case No. 2:16-cv-00359-GMN-NJK<br><br>ORDER |

Pending before the Court is a discovery plan indicating that Plaintiff did not participate in its preparation. Docket No. 11. The discovery plan is hereby **DENIED**. Moreover, Plaintiff is hereby **ORDERED** to contact Defendant's counsel, no later than April 19, 2016, to coordinate the preparation of a joint proposed discovery plan. The parties shall thereafter file a joint proposed discovery plan no later than April 21, 2016. In the event Plaintiff fails to comply with this order to contact Defendant's counsel, Defendant shall file a notice so indicating no later than April 21, 2016.

The Court further reminds Plaintiff that he is required to comply with all applicable rules and Court orders. Failure to do so may result in the imposition of sanctions, up to and including case-dispositive sanctions.

IT IS SO ORDERED.

DATED: April 12, 2016

                   _____
                   NANCY J. KOPPE
                   United States Magistrate Judge