# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERVIN MIDDLETON,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>　　　　　　Defendant(s). | Case No. 2:16-cv-00359-GMN-NJK<br><br>ORDER<br><br>(Docket No. 12) |

Pending before the Court is Plaintiff's motion to compel service, asserting that he did not receive certain documents filed by Defendant. Docket No. 12. Defendant has now filed an additional proof of service indicating that Plaintiff has now been served a second time in light of his motion. Docket No. 15. Accordingly, the motion to compel is **DENIED** as moot.

IT IS SO ORDERED.

DATED: April 21, 2016

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　United States Magistrate Judge