1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERVIN MIDDLETON, | ) |
| Plaintiff(s), | ) Case No. 2:16-cv-00359-GMN-NJK |
| | ) |
| vs. | ) ORDER |
| | ) |
| ENHANCED RECOVERY COMPANY, LLC, | ) |
| | ) |
| Defendant(s). | ) |

In light of the parties' notice of settlement, Docket No. 41, the Court hereby **VACATES** the settlement conference set for January 25, 2017.

IT IS SO ORDERED.

DATED: November 21, 2016

_____
Nancy J. Koppe
United States Magistrate Judge